**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 23, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00783-CV

## IN RE KEVAN CASEY, JINSUN LLC, AND FAR EAST STRATEGIES LLC, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-54501**

## MEMORANDUM OPINION

On October 1, 2014, relators, Kevan Casey, Jinsun LLC, and Far East Strategies LLC, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Michael Landrum, presiding judge of the 113th District Court of Harris County, to set aside his September 15, 2014 order denying

their motion to dismiss what they state is a shareholder derivative lawsuit filed by real party in interest, Khaled Alattar, for lack of standing.

Relators have not established their entitlement to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We also lift our stay issued on October 3, 2014.

PER CURIAM

Panel consists of Justices McCally, Brown, and Wise.